```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 13-mj-148 CKD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) |
| | ) Date: July 19, 2013 |
| BRODERICK ARARAO, | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |
| _____ | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for July 19, 2013, at 2:00 p.m., to August 21, 2013, at 2:00 p.m., before the Honorable Dale A. Drozd.

Counsel for Mr. Ararao requires the time to review discovery with him, and to conduct investigation. Counsel also requires the time to discuss a potential pre-indictment resolution of this case with Mr. Ararao.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to August 21, 2013. The parties stipulate that the ends of justice served by granting Mr. Ararao's request for a

continuance outweigh the best interest of the public and Mr. Ararao in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: July 17, 2013
HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: July 17, 2013
BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Justin Lee
_____
JUSTIN L. LEE
Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to August 21, 2013, at 2:00 p.m., before the Hon. Dale A. Drozd; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Ararao's request for a continuance outweigh the best interest of the public and Mr. Ararao in a speedy trial.

IT IS SO ORDERED.

Dated: July 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE